**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7761**

MICHAEL B. LESANE, a/k/a Michael Bernard Lesane,

Plaintiff – Appellant,

v.

WILLIAM BYERS, Department of Corrections Director; ANTHONY J. PADULA, Warden; JAMES DEAN, Major; A. PINKNEY, Captain; B. DURANT, Lieutenant; SERGEANT EPPS; LIEUTENANT COMMANDEER; LIEUTENANT GOODMAN; OFFICER LIGHTY, et al; DOCTOR STEIN; NURSE FULTON; NURSE SCOTT; NURSE FLOYD; NURSE MCCALLASTER, et al,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. J. Michelle Childs, District Judge. (2:12-cv-00508-JMC)

Submitted: May 8, 2015                    Decided: May 20, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael B. Lesane, Appellant Pro Se. David Cornwell Holler, LEE ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael B. Lesane appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lesane v. Byers</u>, No. 2:12-cv-00508-JMC (D.S.C. Nov. 3, 2014). We deny Lesane's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>